In the Matter of the Application of Katie Cutrie, Respondent, to Cancel a Judgment of Record Entered against Her in Favor of 664 Bay Ridge Avenue Corp., Appellant.— Order discharging judgment of record after the judgment debtor had been discharged in bankruptcy affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.